Henderson, Chief-Justice.
 

 The affirmations of the-court of probate cannot be controverted, in this case, the court affirms, that
 
 John H. Greeen
 
 is the executor of
 
 Solomon Green,
 
 and that
 
 Solomon,
 
 was the executor of
 
 William;
 
 but it does not affirm, that
 
 John
 
 is the executor of
 
 William,
 
 That is an inference, drawn by the law,, in certain cases; as where- the executor'of the first testator, was sole executor, or surviving executor; but not where the first testator by li is will, declared that the executor of his executor should not execute his will, as I think
 
 William
 
 did in this case, by appointing.' some other person to execute it, upon the death of Solomon. A testator may a ppoint that his executors shall act jointly, or in succession. If these facts do not appear, they may he introduced by plea, as in the present case, and I adhere to the opinion given
 
 in Grimbnrij
 
 v,
 
 Mhaati %
 
 that a copy of the will does not necessarily ac~ company the letters testamentary, and even if they did, la this case, it would only he again putting that on the
 
 *436
 
 record which already as fully appears, as if the probate had been set out at large, that
 
 William Green
 
 directed some other person, except the executor of
 
 Solomon
 
 to
 
 execute
 
 his will. I think the demurrer should be sustained, and the judgment reversed.
 

 Per Curiam. — Judgment reversed.